SUCCESSION OF CORNELIA SMITH

NO. 22-CA-565

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

June 08, 2023

Linda Wiseman
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Fredericka Homberg Wicker,
Jude G. Gravois, and John J. Molaison, Jr.

**<u>DENIED WITHOUT REASONS</u>**

**JGG**
**FHW**
**JJM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **06/08/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**22-CA-565**

### E-NOTIFIED

29th Judicial District Court (Clerk)
Honorable M. Lauren Lemmon (District Judge)
Charles K. Chauvin (Appellee)                    Kameron P. Whitmeyer (Appellant)

### MAILED

Jane Williams Chauvin (Appellee)                 Brad P. Scott (Appellant)
Attorney at Law                                  Jane C. Alvarez (Appellant)
1904 Ormond Boulevard                            Kayla Martynenko (Appellant)
Suite 203                                        Attorneys at Law
Destrehan, LA 70047                              909 Poydras Street
                                                 Suite 2025
                                                 New Orleans, LA 70112